IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

GEORGE HOFFMAN,
on behalf of himself and all
others similarly situated,
        Plaintiff,

v.                                      CASE NO. 18-cv-1491

REGAL BELOIT CORPORATION
        Defendant.

## JOINT MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT, DISMISSAL, ENTRY OF MANDATORY INJUNCTION AND AWARD OF ATTORNEYS' FEES AND COSTS

Plaintiff George Hoffman ("Hoffman"), individually and on behalf of the Opt-In Plaintiffs ("Additional Opt-In Plaintiffs"), by and through his attorneys, Hawks Quindel, S.C., by Larry Johnson, Summer Murshid, and Tim Maynard, and Defendant Regal Beloit America, Inc. ("Regal Beloit"), by and through its attorneys Quarles & Brady LLP, by Sean Scullen and Steve Kruzel, submit this Joint Motion for Approval of Collective Action Settlement, Dismissal, Entry of Mandatory Injunction and Award of Attorneys' Fees and Costs. Hoffman and Regal Beloit (collectively the "Parties"), through negotiation, reached a settlement in this case on a collective action basis. In connection with this settlement, the Parties respectfully move the Court for the following:

1.     an Order that the Settlement Agreement attached as an Exhibit 1 (ECF No. 35-1) to this Motion is a fair and reasonable compromise of bona fide disputes of law and fact between the Parties;

2. an Order that Plaintiffs' Counsel's requested attorneys' fees and costs in the amount of $20,000 is reasonable;

3. an Order that the Parties shall comply with the Settlement Agreement;

4. an Order and Mandatory Injunction requiring Regal Beloit to make the payments provided for in the Settlement Agreement, and deliver them to Plaintiffs' Counsel as provided in the proposed order;

5. an Order retaining jurisdiction solely to enforce the terms of the Settlement Agreement and the Mandatory Injunction; and

6. except as provided in the Court's Order, Ordering the matter be dismissed with prejudice.

Dated this 16th day of December, 2019.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| *s/ Sean M. Scullen* | *s/ Summer H. Murshid* |
| Sean M. Scullen, SBN 1034221 | Larry A. Johnson, SBN 1056619 |
| sean.scullen@quarles.com | ljohnson@hq-law.com |
| Steven M. Kruzel, SBN 1086539 | Summer H Murshid, SBN 1075404 |
| steven.kruzel@quarles.com | smurshid@hq-law.com |
| | Timothy P. Maynard, SBN 1080953 |
| | tmaynard@hq-law.com |
| Quarles & Brady LLP | Hawks Quindel, S.C. |
| 411 East Wisconsin Avenue | 222 E Erie Street, Suite 210 |
| Suite 2350 | P.O. Box 442 |
| Milwaukee, WI 53202-4426 | Milwaukee, WI 53202-0442 |
| (414) 277-5645 (office) | (414) 271-8650 (office) |
| (414) 978-8863 (facsimile) | (414) 271-8442 (facsimile) |
| Attorneys for Defendants | Attorneys for Plaintiff |